UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

MICHAEL ROMANO,
WILLIAM KEARNEY,
MICHAEL SCOTT SCHUTZMAN,

        Defendants.

Cr. No. 09-168 (S-1) (JFB)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, upon the attached Memorandum of Law, the undersigned will move this Court, before the Honorable Joseph F. Bianco, U.S.D.J., Room 920, Alfonse M. D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, N.Y., 11722-9014, on the 9th day of March, 2011 at 1:30 p.m., or as soon thereafter as counsel can be heard for an Order requiring that guilty plea proceedings of any coin salesmen employed by Wall Street Rare Coins, Inc., Atlantic Coin Galleries, Inc., and Northeast Gold and Silver, Inc. be unsealed.

    PLEASE TAKE FURTHER NOTICE that opposing papers, if any, must be

served on or before March 1, 2011. Any reply papers shall be served on or before March 7, 2011.

Dated: February 22, 2011
       New York, New York

                                        Respectfully submitted,

                                        SCHIFF HARDIN LLP
                                        900 Third Avenue, 23rd Floor
                                        New York, NY 10022
                                        (212) 753-5000

                                        _____
                                        Patricia A. Pileggi
                                        Kellen Ressmeyer
                                        Attorneys for Defendant Michael Scott
                                        Schutzman

**TO:**

Lara Treinis Gatz
Assistant United States Attorney
Eastern District of New York
United States Attorney's Office
610 Federal Plaza
Central Islip, NY 11722-4454

Maurice H. Sercarz
Sercarz & Riopelle
152 West 57th Street, 24th Floor
New York, NY 10019

Michael F. Bachner
Bachner & Herskovits, P.C.
26 Broadway, Ste. 2310
New York, NY 10004

NY\50947083.1