UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL SCOTT SCHUTZMAN,<br><br>Defendant. | Cr. No. 09-168(S-1)(TCP)<br><br>AFFIRMATION OF SERVICE |

I, Patricia A. Pileggi, declare under penalty of perjury that I caused the annexed Notice of Motion and Memorandum of Law in Support Michael Scott Schutzman's Motion for the Transcripts of Certain Guilty Plea to be Unsealed to be filed with the Court and served upon each of the following by electronic filing through CM/ECF: (a) Lara Treinis Gatz, Assistant United States Attorney, Eastern District of New York, United States Attorney's Office, 610 Federal Plaza, Central Islip, NY 11722-4454; (b) Maurice H. Sercarz, Sercarz & Riopelle, 152 West 57th Street, 24th Floor, New York, NY; and (c) Michael F. Bachner, Bachner & Herskovits, P.C. 26 Broadway, Suite 2310, New York, NY 10004

I further caused true and correct courtesy copies of the foregoing papers to be delivered by overnight mail to the Honorable Joseph F. Bianco, United States District Court, 100 Federal Plaza, P. O. Box 9014, Central Islip, NY 11722-9014.

Dated: February 22, 2010

*Patricia A. Pileggi*
Patricia A. Pileggi
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
Telephone: (212) 745-0839
Facsimile: (212) 753-5044
Counsel for Defendant Michael Schutzman

NY\50818904.1