

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LTG:TMS
F.#2007R01344

*610 Federal Plaza*

*Central Islip, New York 11722*

March 23, 2011

**By ECF**

The Honorable Joseph F. Bianco
United States District Court Judge
Eastern District Of New York
924 Federal Plaza
Central Islip, NY 11722

    Re:  United States v. Michael Romano, et al.
         Criminal Docket No. 09-168 (S-2) (JFB)

Dear Judge Bianco:

    I write on behalf of all parties to advise the Court of the proposed <u>Daubert</u> Hearings schedule.

<u>Value and Grade of Coins (Defendants Romano and Kearney)</u>
April 11, 2011 11:00 a.m. to 5:00 p.m.
April 14, 2011 11:00 a.m. to 3:00 p.m.

<u>Mental Condition (Defendant Schutzman)</u>
April 18, 2011 10:00 a.m. to 5:00 p.m.

    Also, I have been advised that at least one of Mr. Bachner's trials has been moved, thus, all parties will be ready to proceed on May 9, 2011 with jury selection in this matter.

    Thank you for your consideration.

*The above-referenced schedule is approved by the Court.*

Respectfully submitted

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: *Lara Treinis Gatz*
Lara Treinis Gatz
Assistant United States Attorneys
(631) 715-7913

SO ORDERED

/s/ Joseph F. Bianco
USDJ
April 1, 2-11
Date: Central Islip, N.Y

Counsel of records (by ECF)