

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

LTG:TMS
F.#2009R00619

*610 Federal Plaza*

*Central Islip, New York  11722*

April 7, 2011

**By ECF and Electronic Mail**

Maurice H. Sercarz, Esq.
Sercarz & Riopelle, LLP
152 West 57th Street
New York, NY 10019

Michael F. Bachner, Esq.
Bachner and Associates, PC
26 Broadway, Suite 2310
New York, NY 10004

Patricia A. Pileggi, Esq.
Schiff Hardin, LLP
900 Third Avenue, 23rd Floor
New York, NY 10022

        Re:  United States v. Michael Romano, et al.
             Criminal Docket No. 09-168 (S-2) (JFB)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. The government also reiterates its request for reciprocal discovery.

Documents and Tangible Objects

    <u>Records Available</u> - The government hereby furnishes the following documents:

| DESCRIPTION | BATES NUMBER |
|---|---|
| Additional records from Kevin McNerney | KM043 - KM046 |
| Amos Press Coin Holders Catalog | 099081 - 099083 |

| Jaco Products Catalog | 099084 - 099099 |
|---|---|
| Newsday records | 099100 - 099116 |

  In addition to the copies already provided in discovery, the government will make the records available at the United States Attorney's Office for review at the mutually convenient time and place.

  Please do not hesitate to contact me with any questions.

    Very truly yours,

    LORETTA E. LYNCH
    UNITED STATES ATTORNEY

  By: /s/ Lara Treinis Gatz
    Lara Treinis Gatz
    Thomas M. Sullivan
    Assistant United States Attorneys
    (631) 715-7913/7865

Enclosures

cc: Clerk of Court (JFB) (without enclosures)