```
                 CRIMINAL CAUSE FOR DAUBERT HEARING

BEFORE: Bianco,J.    DATE: 4/11/2011    TIME: 11:30 p.m.(   hr.)

DOCKET NUMBER:  09-cr-00168-JFB-1    TITLE: USA v.Romano et al

DEFT NAME: Michael Romano                        DEFT: # 1
 X  PRESENT     NOT PRESENT         IN CUSTODY   X   ON BAIL

ATTY FOR DEFT: Maurice Sercarz
 X  PRESENT         NOT PRESENT       X RETAINED         C.J.A.

DEFT NAME: William Kearney                       DEFT: # 2
 X PRESENT      NOT PRESENT         IN CUSTODY   X   ON BAIL

   ATTY FOR DEFT: Michael Bachner
X PRESENT        NOT PRESENT       X RETAINED            C.J.A.

DEFT NAME: Michael Schutzman                     DEFT: # 5
 X PRESENT      NOT PRESENT         IN CUSTODY   X   ON BAIL

ATTY FOR DEFT: Patricia Pileggi
X PRESENT        NOT PRESENT       X RETAINED            C.J.A.

A.U.S.A.: Lara Treinis Gatz

DEPUTY CLERK: Jasmine Major

COURT REPORTER:    P. AUERBACH      E. COMBS   X  P. LOMBARDI
   H. RAPAPORT     M.FOLEY       D. TURSI       O.WICKER
   S. PICOZZI

INTERPRETER:   MAYA GRAY      J. CARLOS VENANT

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

     CASE ADJOURNED TO

     MOTION CONFERENCE HELD ON                    'S MOTION TO


    ARGUMENT HEARD       MOTION GRANTED.     MOTION DENIED.
                          DECISION RESERVED.

     DECISION ENTERED INTO THE RECORD.

     SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-           START DATE: //2009 XSTRT
                              STOP DATE:  //2009 XSTOP

 X   NEXT CONFERENCE SET FOR 4/18/2011 at 11:00 a.m.

     DEFENDANT CONTINUED IN CUSTODY

 X  DEFENDANT CONTINUED ON BAIL.

     JURY SELECTION & RE-TRIAL SCHEDULED FOR
```

____ **MOTIONS TO BE MADE BY** __//2009__

____ **RESPONSE BY GOVERNMENT BY** __//2009__

____ **REPLY IF ANY BY** __//2009__

____ **ORAL ARGUMENT TO CONTINUE** __//2009 AT__

____ **FINAL PRETRIAL CONFERENCE SET FOR** _____

 X  **OTHER** <u>Motion to unseal guilty plea proceedings GRANTED. Motion to seal the 4/18/2011 hearing pertaining to Mr. Schutzman's mental condition is DENIED but will consider to seal documents.</u>