UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                        :

UNITED STATES OF AMERICA         :
                        :

             – against –       :     ORDER
                        :     09 CR 168 (JFB)

**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

MICHAEL ROMANO, et al.,      :

      Defendants.         :     ★    APR 1 1 2011    ★
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X    **LONG ISLAND OFFICE**

JOSEPH F. BIANCO, District Judge:

      On February 22, 2011, defendants filed a motion for the transcripts of certain guilty pleas

to be unsealed.  For the reasons set forth in detail on the record at the conference on April 11,

2011, the motion to unseal the guilty pleas is granted.  Accordingly,

      IT IS HEREBY ORDERED that the guilty pleas relating to defendants Jason Mosca and

Jarret Stretch, as well as any court documents or exhibits relating to these pleas, are unsealed.

      IT IS FURTHER ORDERED that, with respect to defendant Schutzman's motion that the

April 18, 2011 hearing be conducted under seal because it pertains to the defendant's mental

condition, for the reasons set forth in detail on the record at the conference on April 11,

2011, the motion that the hearing be conducted under seal is denied.

                      SO ORDERED.

                      JOSEPH F. BIANCO
                      UNITED STATES DISTRICT JUDGE

Dated:     April 11, 2011
           Central Islip, New York