

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LTG:OTT
F.#2009R00619

*610 Federal Plaza*

*Central Islip, New York  11722*

May 2, 2011

**By Federal Express and ECF**

Maurice H. Sercarz, Esq.
Sercarz & Riopelle, LLP
152 West 57th Street
New York, NY 10019

Michael F. Bachner, Esq.
Bachner and Associates, PC
26 Broadway, Suite 2310
New York, NY 10004

Patricia A. Pileggi, Esq.
Schiff Hardin, LLP
900 Third Avenue, 23rd Floor
New York, NY 10022

> Re:  United States v. Michael Romano, et al.
>      <u>Criminal Docket No. 09-168 (S-2) (JFB)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  The government also reiterates its request for reciprocal discovery.

Documents and Tangible Objects

   <u>Records Available</u> - The government hereby furnishes the following documents:

| DESCRIPTION | BATES NUMBER |
|---|---|
| Fidelity bank records printed from CD previously disclosed as document numbered 60412 | 099117 - 099383 |

      In addition to the copies already provided in discovery, the government will make the records available at the United States Attorney's Office for review at the mutually convenient time and place.

      Please do not hesitate to contact me with any questions.

      Very truly yours,

      LORETTA E. LYNCH
      UNITED STATES ATTORNEY


By:   /s/ Lara Treinis Gatz
      Lara Treinis Gatz
      Christopher Ott
      Assistant United States Attorneys
      (631) 715-7913/7870

Enclosures

cc:  Clerk of Court (JFB) (without enclosures)