DMJ:LTG
F.# 2009R00619

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHAEL SCOTT SCHUTZMAN,
    also known as "Mike Scott,"

              Defendant.

- - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 09-168 (S-3)(JFB)
(T. 18, U.S.C., §§ 1341,
2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## MAIL FRAUD

On or about and between November 10, 2006 and February 19, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL SCOTT SCHUTZMAN, also known as "Mike Scott," together with others, did knowingly and intentionally devise a scheme and artifice to defraud coin purchaser #1, an individual whose identity is known to the United States Attorney, and to obtain money and property from coin purchaser #1 by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to cause mail matter, to wit: coins, to be delivered by the United States Postal Service according to the directions thereon.

(Title 18, United States Code, Sections 1341, 2 and 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK