## CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE JUDGE BIANCO,

DATE: 5/2/2011        TIME: 12:00 p.m.        TIME IN COURT: 1 hr.

DOCKET NUMBER: CR 10-0478        TITLE: USA v. Schutzman et al.

DEFT NAME: Michael Schutzman                              DEFT: # 1
_X_ PRESENT  ___ NOT PRESENT        ___ IN CUSTODY   _X_ ON BAIL

ATTY FOR DEFT: Patricia Pileggi                    _X_ RETAINED
                                                   ___ C.J.A.
_X_ PRESENT         ___ NOT PRESENT                ___ FED. DEF. OF NY, INC.

A.U.S.A. Lara Gatz and Chris Ott        DEPUTY CLERK: Michele Savona

REPORTER: ___ PERRY AUERBACH   ___ ELLEN COMBS   ___ PAUL LOMBARDI
          ___ HARRY RAPAPORT   ___ MARY ANN STEIGER   ___ DOM TURSI   _X_ OWEN WICKER

INTERPRETER:

_X_ CASE CALLED;

_X_ COUNSEL FOR ALL SIDES PRESENT.

_X_ DEFT (S) STATES TRUE NAME TO BE:

___ FIRST APPEARANCE OF DEFENDANT.

_X_ WAIVER OF INDICTMENT EXECUTED.

___ SUPERSEDING INDICTMENT FILED.

___ SUPERSEDING INFORMATION FILED.

___ DEFT(S) _____ ENTERS A GUILTY PLEA TO COUNT_____ OF THE SUPERSEDING INDICTMENT/INFORMATION.

_X_ DEFT(S) _____ WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT _1_ OF THE SUPERSEDING INFORMATION.

_X_ COURT FINDS A FACTUAL BASIS FOR THE PLEA.

_X_ SENTENCE DATE SET FOR _9/23/2011_ AT _10:00 a.m._

_X_ PROBATION NOTIFIED.

_X_ BAIL STATUS CONTINUED FOR DEFT. _____.

___ DEFT. _____ CONTINUED IN CUSTODY.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 02 2011 ★
LONG ISLAND OFFICE