

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG:CAO

*610 Federal Plaza*
*Central Islip, New York  11722*


May 6, 2011


**VIA HAND DELIVERY AND ECF**

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

                Re:   United States v. Michael Romano, et al.
                      Criminal Docket No. 09-168 (JFB)

Dear Judge Bianco:

        The government writes to advise the Court of a specific
evidentiary issue that may arise during the trial.  As the Court
is aware, this case involves the telemarketing of overgraded and
overvalued coins.  At trial, the government intends to introduce
a large number of the actual coins that were purchased from the
defendants which were subsequently graded by a third-party
grading service.  The defendants have indicated that they intend
to challenge the chain of custody for these coins. Apparently,
through this challenge, the defendants ultimately seek to prevent
the admission of both the actual coins and the experts' opinions
on the actual grades and values of the coins.  The grading
argument, as the government understands it, is premised upon the
argument that the coins must have been diminished in quality in
the process of gathering and shipping them to the third-party
grading experts.

        There are consequences to the defendants' evidentiary
position, however.  Nearly half of the witnesses called by the
government will testify as to this specific issue.  Among other
things, roughly one dozen postal inspectors who shipped the coins
to the graders will have to testify on these issues.  Their
testimony will related to no other trial issues.  In total,
nearly a week of trial time will be devoted to this one issue.

        The government submits that all of these issues go to
the weight and not the admissibility of the challenged evidence.
With this letter, however, the government is not asking for a
preliminary ruling.  The Court will obviously have to evaluate
the issue in the context of the actual trial.  This letter is
merely intended to provide the Court with some context for these
evidentiary issues as they come up during the trial.


                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                      By:     _____/s/_____
                              Christopher A. Ott
                              Assistant U.S. Attorney
                              (631) 715-7870