

666 Fifth Avenue, 17th Floor
New York, New York  10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Patricia A. Pileggi
212-745-0839
ppileggi@schiffhardin.com

August 24, 2011

<u>Via ECF and FedEx</u>
Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

Re: United States v. Michael Schutzman
    09 CR 168 (S-1)(JFB)

Dear Judge Bianco:

This letter is written to request that the sentencing, presently scheduled for September 23, 2011, be adjourned to October 21, 2011, or another date convenient for the Court during the week of October 24.  This is Mr. Schutzman's first request for an adjournment of his sentencing  AUSA Lara Treinis Gatz has consented to this request for an adjournment.

On August 17, 2011, after receiving the Pre-Sentence Investigation Report ("PSI") I spoke with U.S. Probation Officer Ashok.  During that conversation, I learned that Ms. Ashok had not received any of the materials pertaining to Mr. Schutzman's mental disability that were provided, in May, to the Probation Officer who was initially assigned to prepare the PSI.  I would like to give Probation Officer Ashok the time that she needs to review these materials before she prepares an amended PSI.

I would also like the opportunity to meet with AUSA Gatz to discuss portions of the PSI in an effort to reach an agreement on potential areas of disagreement.  Ms. Gatz has agreed to meet with me.

Respectfully submitted,

Patricia A. Pileggi

PAP:ad
cc: Lara Treinis Gatz
    Christopher Ott
    Assistant U.S. Attorneys

    Probation Officer Amrita Ashok

NY\51043416.1

Chicago  I  Washington  I  New York  I  Lake Forest  I  Atlanta  I  San Francisco  I  Boston