

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG:CAO

*610 Federal Plaza*
*Central Islip, New York  11722*

November 1, 2011

**VIA HAND DELIVERY AND ECF**

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

       Re:  United States v. Michael Schutzman, et al.
            Criminal Docket No. 09-168 (JFB)

Dear Judge Bianco:

       On November 14, 2011, the Court conducted the first part of Michael Schutzman's sentencing hearing.  Most of the sentencing proceeding concluded at that hearing.  In order to permit the parties to discuss the matter, the Court adjourned the restitution issue until December 9, 2011 at 1:30 pm.  The government writes this letter to advise the Court of the parties' joint restitution recommendation.  For the purposes of Mr. Schutzman's restitution, which involves his sales to victim Debra Mowers, the parties agree that there was $10,470.00 in actual loss.  Therefore, the parties jointly agree that the Court should order $10,470.00 of restitution.

       Please do not hesitate to contact me if you have any questions in advance of the continued sentencing hearing.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

               By:         /s/
                              Christopher A. Ott
                              Assistant U.S. Attorney
                              (631) 715-7870